# U.S. District Court
# Eastern District of TEXAS [LIVE] (Beaumont)
# CIVIL DOCKET FOR CASE #: 1:24−cv−00075−MJT

Bond v. Folsom Insurance Agency LLC
Assigned to: District Judge Michael J. Truncale
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 02/29/2024
Date Terminated: 10/09/2024
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Joseph Bond**
*individually and on behalf of others similarly situated*

represented by **Anthony Paronich**
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
508.221.1510
Fax: 508.318.8100
Email: anthony@paronichlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Roman Perrong**
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
215−225−5529
Fax: 888−329−0305
Email: a@perronglaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Folsom Insurance Agency LLC**

represented by **Jason Ray Jobe**
Thompson, Coe, Cousins & Irons, LLP – Dallas
700 North Pearl Street, 25th Floor
Dallas, TX 75201
214−871−8200
Fax: 214−871−8209
Email: jjobe@thompsoncoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Haley Susan Grissom**
Dentons US LLP – Dallas
2000 McKinney Avenue

Suite 1900
Dallas, TX 75201
972−536−3254
Email: haley.grissom@dentons.com
*TERMINATED: 07/17/2024*

**Yesha P. Patel**
Thompson Coe Cousins & Irons, LLP – Dallas
700 North Pearl Street
25th Floor
Dallas, TX 75201
214−871−2637
Fax: 214−871−8209
Email: ypatel@thompsoncoe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cody Folsom**                              represented by **Jason Ray Jobe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Haley Susan Grissom**
(See above for address)
*TERMINATED: 07/17/2024*

**Yesha P. Patel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Berkshire Hathaway Homestate Companies**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2024 | Ï 1 | COMPLAINT against Folsom Insurance Agency LLC ( Filing fee $ 405 receipt number ATXEDC−10006465.), filed by Joseph Bond. (Attachments: # 1 Civil Cover Sheet)(Paronich, Anthony) (Entered: 02/29/2024) |
| 02/29/2024 | Ï | DEMAND for Trial by Jury by Joseph Bond. (tkd, ) (Entered: 03/01/2024) |
| 03/01/2024 | Ï | Case assigned to District Judge Michael J. Truncale. (tkd, ) (Entered: 03/01/2024) |
| 03/01/2024 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge.* (tkd, ) (Entered: 03/01/2024) |
| 03/01/2024 | Ï 2 | NOTICE of Attorney Appearance − Pro Hac Vice by Anthony Paronich on behalf of Joseph Bond. Filing fee $ 100, receipt number ATXEDC−10009023. (Paronich, Anthony) (Entered: 03/01/2024) |
| 03/03/2024 | Ï 3 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance by Andrew Roman Perrong on behalf of Joseph Bond (Perrong, Andrew) (Entered: 03/03/2024) |
| 03/22/2024 | Ï 4 | SUMMONS Issued as to Folsom Insurance Agency LLC and emailed to pltf's attorney for service (tkd, ) (Entered: 03/22/2024) |
| 03/27/2024 | Ï 5 | SUMMONS Returned Executed by Joseph Bond. Folsom Insurance Agency LLC served on 3/26/2024. (Paronich, Anthony) (Entered: 03/27/2024) |
| 05/09/2024 | Ï 6 | FIRST AMENDED COMPLAINT against Folsom Insurance Agency LLC, Cody Folsom, Berkshire Hathaway Homestate Companies, filed by Joseph Bond.(Paronich, Anthony) (Entered: 05/09/2024) |
| 06/05/2024 | Ï 7 | WAIVER OF SERVICE Returned Executed by Joseph Bond. Cody Folsom waiver sent on 5/9/2024, answer due 7/8/2024. (Paronich, Anthony) (Clerk notes that the document contians an incorrect case no. but appears to be filed in the correct case on 6/6/2024 (kcv)). (Entered: 06/05/2024) |
| 06/05/2024 | Ï 8 | WAIVER OF SERVICE Returned Executed by Joseph Bond. Folsom Insurance Agency LLC waiver sent on 5/9/2024, answer due 7/8/2024. (Paronich, Anthony)(Clerk notes that the document contians an incorrect case no. but appears to be filed in the correct case on 6/6/2024 (kcv)). (Entered: 06/05/2024) |
| 06/21/2024 | Ï 9 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Cody Folsom, Folsom Insurance Agency LLC.(Grissom, Haley) (Main Document 9 replaced with a flattened image on 6/21/2024) (tkd). (Entered: 06/21/2024) |
| 06/21/2024 | Ï | Defendants' Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV−12 for Cody Folsom and Folsom Insurance Agency LLC to 8/7/2024. 30 Days Granted for Deadline Extension.(tkd) (Entered: 06/21/2024) |
| 07/17/2024 | ¡ 10 | UNOPPOSED MOTION to Substitute Attorney by Cody Folsom, Folsom Insurance Agency LLC. (Attachments: # 1 Proposed Order)(Jobe, Jason) (Entered: 07/17/2024) |
| 07/17/2024 | ¡ 11 | ORDER granting 10 Motion to substitute attorneys Jason Jobe and Yesha Patel in place of Haley Eastham for Cody Folsom, Folsom Insurance Agency LLC. Attorney Haley Susan Grissom terminated. Signed by District Judge Michael J. Truncale on 7/17/24. (tkd) (Entered: 07/17/2024) |
| 08/07/2024 | ¡ 12 | ANSWER to 6 Amended Complaint by Cody Folsom, Folsom Insurance Agency LLC.(Jobe, Jason) (Entered: 08/07/2024) |
| 08/07/2024 | ¡ 13 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Cody Folsom, Folsom Insurance Agency LLC (Jobe, Jason) (Entered: 08/07/2024) |
| 08/07/2024 | ¡ 14 | ORDER directing the parties to conduct a Rule 26(f) Attorney Conference by 8/26/2024. Rule 16 Case Management Conference set for 9/17/2024 at 11:00 AM in Beaumont Courthouse before District Judge Michael J. Truncale. Signed by District Judge Michael J. Truncale on 8/7/24. (tkd) (Entered: 08/08/2024) |
| 08/08/2024 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (tkd) (Entered: 08/08/2024) |
| 09/09/2024 | ¡ 15 | JOINT MOTION to Transfer to the Northern District of TX, Dallas Division by Joseph Bond. (Paronich, Anthony) (Additional attachment(s) added on 9/10/2024: # 1 Proposed Order) (tkd). |

| | | |
|---|---|---|
| | | (Entered: 09/09/2024) |
| 09/09/2024 | 16 | REPORT of Rule 26(f) Planning Meeting. (Paronich, Anthony) (Entered: 09/09/2024) |
| 09/10/2024 | Ï | NOTICE: Case Management Conference set for 09/17/2024 at 11:30 a.m. is CANCELLED and Telephonic Status Conference now scheduled for 09/17/2024 at 11:30 a.m. Text modified on 9/11/2024 (KMR). (Entered: 09/10/2024) |
| 09/10/2024 | Ï | NOTICE of Hearing:Telephonic Status Conference set for 9/17/2024 at 11:30 AM (Beaumont) before District Judge Michael J. Truncale. Dial–In#: 571–353–2301, Guest ID: 644304870. Parties are instructed to dial in fifteen (15) minutes before the conference begins. (KMR) (Entered: 09/10/2024) |
| 09/17/2024 | Ï | Minute Entry for proceedings held before District Judge Michael J. Truncale: Status Conference held on 9/17/2024 from 11:40 AM – 11:54 AM. Attorney Appearances: Plaintiff – Anthony Paronich, Andrew Perrong; Defense – Yesha Patel. (Court Reporter Not Recorded.) (KMR) (Entered: 09/17/2024) |
| 09/18/2024 | 17 | ORDER granting 15 Stipulated Motion to Transfer. This action is transferred to the Northern District of TX, Dallas Division. Signed by District Judge Michael J. Truncale on 9/18/24. (tkd) (Entered: 09/18/2024) |
| 09/18/2024 | Ï | Pursuant to Local Rule CV–83(b), this action will be transferred to the Northern District of TX 21 days after the date of the transfer order. (tkd) (Entered: 09/18/2024) |
| 10/09/2024 | Ï | Interdistrict transfer to the Northern District of Texas, Dallas Division. (tkd) (Entered: 10/09/2024) |