**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | :  CIVIL ACTION FILE NO. :  3:24-CV-02551-L |
| Plaintiff, | : |
| v. | : :  **JURY TRIAL DEMANDED** |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM, and BERKSHIRE HATHAWAY HOMESTATE COMPANIES | : : : |
| Defendants. | : |

**PRAECIPE TO ATTACH**

To the Prothonotary:

Kindly attach Exhibit A, attached herein, to ECF No. 21, which was erroneously omitted from the Plaintiff's Motion to Compel. (ECF No. 21).

RESPECTFULLY SUBMITTED AND DATED this November 18, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

1

## CERTIFICATE OF SERVICE

We hereby certify that on November 18, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties who have appeared by operation of the court's electronic filing system.

        */s/ Andrew Roman Perrong*
        Andrew Roman Perrong, Esq.

        */s/ Anthony Paronich*
        Anthony Paronich