| From | To | source_type | Broadcast name | Broadcast ID | status | time_to_send | when_delivered |
|---|---|---|---|---|---|---|---|
| 19035024216 | 1252▇ | Broadcast | Broadcast at Jan 3, 2024 1:36 PM | 29653 | Delivered | 41:44.8 | 57:27.0 |
| 19035024216 | 1252▇ | Broadcast | Broadcast at Jan 5, 2024 9:24 AM | 29709 | Delivered | 00:00.3 | 24:34.3 |
| 19035024216 | 1252▇ | Broadcast | Broadcast at Jan 8, 2024 11:56 AM | 29761 | Delivered | 00:00.2 | 21:10.8 |
| 19035024216 | 1252▇ | Broadcast | Broadcast at Jan 14, 2024 5:54 PM | 30100 | Delivered | 1/15/2024 21:00 | 12:03.9 |
| 19035024216 | 1252▇ | Broadcast | Broadcast at Jan 16, 2024 1:22 PM | 30193 | Delivered | 24:23.5 | 42:24.1 |
| 19035024216 | 1252▇ | Broadcast | Broadcast at Jan 19, 2024 11:01 AM | 30329 | Delivered | 00:00.4 | 15:38.5 |
| 19035024216 | 1252▇ | Broadcast | Broadcast at Mar 7, 2024 2:17 PM | 32791 | Failed | 18:54.5 | \N |
| 19039934185 | 1252▇ | Broadcast | Broadcast at Jan 9, 2024 10:47 AM | 29871 | Delivered | 00:00.2 | 15:25.3 |
| 19039934185 | 1252▇ | Broadcast | Broadcast at Jan 11, 2024 4:36 AM | 29933 | Failed | 00:00.3 | \N |