# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **JOSEPH BOND,** *on behalf of himself and others similarly situated*, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:24-CV-2551-L** |
| § | |
| **FOLSOM INSURANCE AGENCY LLC; CODY FOLSOM; and HATHAWAY HOMESTATE COMPANIES,** § § § § § | |
| Defendants. § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Plaintiff's Motion and Brief in Support of Motion to Compel Folsom Insurance Agency LLC to Provide Discovery Responses** ("Motion") (Doc. 21), filed November 18, 2024, is hereby referred to United States Magistrate Judge **David Horan** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred Motion to the United States Magistrate Judge for resolution. All future filings regarding the referred Motion shall be addressed "To the Honorable United States Magistrate Judge"—not to the district judge or court—so that filings will reach him without delay.

Local Civil Rules 72.1 and 72.2 provide that, unless otherwise directed by the presiding district judge, a party who files objections under Federal Rules of Civil Procedure 72(a) and (b)(2) to magistrate judge orders regarding pretrial nondispositive matters, or findings and recommendations on dispositive motions, may file a reply brief within 14 days from the date the response to the objections or response brief is filed. The court does not allow parties to file a reply

**Order of Reference – Page 1**

brief with respect to magistrate judge orders or findings and recommendations, unless leave is granted to file the reply brief. The court will strike or disregard any reply brief filed in violation of this order.

**It is so ordered** this 19th day of November, 2024.

Sam A. Lindsay
United States District Judge

**Order of Reference – Page 2**