# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | : :  CIVIL ACTION FILE NO. :  3:24-CV-02551-L |
| Plaintiff, | : : |
| v. | : :  **JURY TRIAL DEMANDED** |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM, and BERKSHIRE HATHAWAY HOMESTATE COMPANIES | : : : |
| Defendants. | : |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF BERKSHIRE HATHAWAY HOMESTATE COMPANIES

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) of the defendant Berkshire Hathaway Homestate Companies only.

Respectfully submitted,

*/s/ Anthony I. Paronich*
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*