**EXHIBIT A**

| Date | Broadcast ID | Broadcast Name | Contact Name |
|---|---|---|---|
| 01/08/24 08:21:10 PM UTC | 29761 | Broadcast at Jan 8, 2024 11:56 AM | null null |

| To Number | From Number | Carrier | Status | Result | Type | Credits |
|---|---|---|---|---|---|---|
| 1252▮▮▮▮▮▮ | 1903▮▮▮▮▮▮ | | Success | Delivered | Ringless | 2 |