**P. PERRONG LAW LLC**

Andrew Perrong <a@perronglaw.com>

---

### E-mails Re Discovery
3 messages

---

**Anthony Paronich** <anthony@paronichlaw.com>  
To: "Jobe, Jason" <jjobe@ hompsoncoe.com>, "Patel, Yesha" <YPatel@thompsoncoe.com>  
Cc: Andrew Perrong <a@perronglaw.com>

Wed, May 7, 2025 at 5:39 PM

Can you please confirm you are receiving my meet and confer e-mails? We're getting attachment alert notifications from your e-mail addresses.

----  
Anthony Paronich  
Paronich Law, P.C.  
350 Lincoln Street, Suite 2400  
Hingham, MA 02043  
[o] (617) 485-0018  
[c] (508) 221-1510  
[f] (508) 318-8100

This email message may contain legally privileged and/or confiden ial information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby no ified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**Patel, Yesha** <YPatel@ hompsoncoe.com>  
To: An hony Paronich <anthony@paronichlaw.com>, "Jobe, Jason" <jjobe@ hompsoncoe.com>  
Cc: Andrew Perrong <a@perronglaw.com>

Anthony,

My understanding is that you are getting alert notifications because you have a file attached which the firms security system does not allow. However, I received your email from yester

Our position is that we do not believe you can conduct discovery directed to absent class members. Further, class has not been certified yet, so we do not believe you are entitled to the obtainable. Thus, the redactions on the sheets we produced.

As for Plaintiff's deposition, please send us the dates. We do not believe the redaction issue bears a correlation on whether we can depose plaintiff on his claims.

I will look at the interrogatory you pointed out in the email, discuss it with client to make sure nothing has changed since we last spoke, and get back to you by mid next week.

Thanks,  
Yesha

**THOMPSON COE**

Yesha Patel • Partner  
700 North Pearl Street, 25th Floor, Dallas, TX 75201  
o: 214-880-2769  
bio • vCard • web

[Quoted text hidden]

**Confidentiality Notice:** This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unautho message. Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and can

---

**Anthony Paronich** <anthony@paronichlaw.com>  
To: Yesha Patel <YPatel@ hompsoncoe.com>  
Cc: Jason Jobe <jjobe@thompsoncoe.com>, Andrew Perrong <a@perronglaw.com>

We are going to move to compel the unredacted call logs.

The Plaintiff, whose deposition you previously cancelled, is currently available via Zoom on June 13.

> On May 8, 2025, at 9:44 PM, Patel, Yesha <YPatel@thompsoncoe.com> wrote:
>
> Anthony,
>
> My understanding is that you are getting alert notifications because you have a file attached which the firms security system does not allow. However, I received your email from
>
> Our position is that we do not believe you can conduct discovery directed to absent class members. Further, class has not been certified yet, so we do not believe you are entitled obtainable. Thus, the redactions on the sheets we produced.
>
> As for Plaintiff's deposition, please send us the dates. We do not believe the redaction issue bears a correlation on whether we can depose plaintiff on his claims.
>
> I will look at the interrogatory you pointed out in the email, discuss it with client to make sure nothing has changed since we last spoke, and get back to you by mid next week.
>
> Thanks,  
> Yesha
>
> **From:** Anthony Paronich <anthony@paronichlaw.com>  
> **Sent:** Wednesday, May 7, 2025 4:39 PM  
> **To:** Jobe, Jason <jjobe@thompsoncoe.com>; Patel, Yesha <YPatel@thompsoncoe.com>

**THOMPSON COE**

Yesha Patel • Partner
700 North Pearl Street, 25th Floor, Dallas, TX 75201
o: 214-880-2769
bio • vCard • web

**Cc:** Andrew Perrong <a@perronglaw.com>
**Subject:** E-mails Re Discovery

Can you please confirm you are receiving my meet and confer e-mails? We're getting attachment alert notifications from your e-mail addresses.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of t this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]