# Activity in Case 3:24-cv-02551-L-BN Bond v. Folsom Insurance Agency LLC Memorandum Opinion and Order

**Anthony Paronich** <anthony@paronichlaw.com>  Thu, May 1, 2025 at 9:30 PM
To: "Patel, Yesha" <YPatel@thompsoncoe.com>, "Jobe, Jason" <jjobe@thompsoncoe.com>
Cc: Andrew Perrong <a@perronglaw.com>, "Demianiw, Vivian" <VDemianiw@thompsoncoe.com>, "Hays, Dana" <DWard@thompsoncoe.com>

Counsel:

The attached is what was produced to us. I'm assuming that the telephone numbers being redacted was in error. If not, please explain the basis. The telephone number is what our expert analyzes to determine if it was cellular at the time it was called.

We're working on deposition dates for our client, but we first need to address this discovery, which has been owed to us for a long time.

Regards,

[Quoted text hidden]

📎 **Broadcast Reports - redacted.zip**
   8618K

# Activity in Case 3:24-cv-02551-L-BN Bond v. Folsom Insurance Agency LLC Memorandum Opinion and Order

**Anthony Paronich** <anthony@paronichlaw.com>  Tue, May 6, 2025 at 11:06 AM
To: "Patel, Yesha" <YPatel@thompsoncoe.com>, "Jobe, Jason" <jjobe@thompsoncoe.com>
Cc: Andrew Perrong <a@perronglaw.com>, "Demianiw, Vivian" <VDemianiw@thompsoncoe.com>, "Hays, Dana" <DWard@thompsoncoe.com>

Counsel:

Following up here again. We already conducted the telephonic meet and confer, so if we don't have a supplement this week, we'll move to compel and seek the appropriate Order for non-production.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

[Quoted text hidden]

# Activity in Case 3:24-cv-02551-L-BN Bond v. Folsom Insurance Agency LLC Memorandum Opinion and Order

**Anthony Paronich** <anthony@paronichlaw.com>  Wed, May 7, 2025 at 5:36 PM
To: "Patel, Yesha" <YPatel@thompsoncoe.com>, "Jobe, Jason" <jjobe@thompsoncoe.com>
Cc: Andrew Perrong <a@perronglaw.com>, "Demianiw, Vivian" <VDemianiw@thompsoncoe.com>, "Hays, Dana" <DWard@thompsoncoe.com>

Counsel:

I'm following up on the below.

We have received dates from our client and are prepared to proceed once we address this issue.

[Quoted text hidden]

📎 **Broadcast Reports - redacted.zip**
8618K