IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:24-cv-2551-L-BN |
| FOLSOM INSURANCE AGENCY LLC and CODY FOLSOM, | § § § § | |
| Defendants. | § | |

**ORDER**

The Parties have filed a Joint Motion to Extend Case Schedule, requesting that the Court extend the current case schedule by ninety (90) days. *See* Dkt. No. 47.

The Court, having considered the Motion [Dkt. No. 47], finds that it should be and is hereby GRANTED.

And, so, the case deadlines as previously set forth in the Court's Initial Scheduling Order [Dkt. No. 39], are modified as follows:

| Event | New Deadline |
|---|---|
| Completion of Discovery | October 16, 2025 |
| Dispositive Motions and Motion for Class Certification | October 30, 2025 |
| Expert Witness Designation for Plaintiff | October 30, 2025 |

| Defendants' Expert Designation | December 11, 2025 |
|---|---|
| Motion challenging, seeking to disqualify, or otherwise related to a designated expert witness or his or her designation or testimony | November 19, 2025 |
| Mediation | November 14, 2025 |

SO ORDERED.

DATED: July 11, 2025

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE