# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | : <br> : CIVIL ACTION FILE NO. <br> : 3:24-CV-02551-L |
| Plaintiff, | : |
| v. | : <br> : JURY TRIAL DEMANDED |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM | : <br> : |
| Defendants. | : |

## JOINT MOTION TO EXTEND DEADLINE

Plaintiff Joseph Bond ("Bond") and Defendants Folsom Insurance Agency LLC and Cody Folsom ("Folsom") jointly move the Court to extend the Court's Order of July 11, 2025 (ECF No. 46) to submit a status report by 45 days to September 11, 2025. During that time, the parties are exploring potential options to resolve this putative class dispute and desire to conserve resources to do so. As a result, good cause exists for this request, which is not being posed for the purposes of delay.

RESPECTFULLY SUBMITTED AND DATED this July 28, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

/s/ Anthony Paronich
Anthony Paronich

Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorneys for Plaintiff and the Proposed Class*

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By:  */s/ Jason R. Jobe*
Jason R. Jobe
State Bar No. 24043743
Email: jjobe@thompsoncoe.com
Yesha P. Patel
State Bar No. 24098228
Email: ypatel@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 871-8209

**ATTORNEYS FOR DEFENDANTS FOLSOM INSURANCE AGENCY, LLC AND CODY FOLSOM**

**CERTIFICATE OF SERVICE**

We hereby certify that on July 28, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties who have appeared by operation of the court's electronic filing system.

*/s/ Anthony Paronich*
Anthony Paronich