IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and all others similarly situated, § § § § | | |
| Plaintiff, § § | | |
| V. § | No. 3:24-cv-2551-L-BN | |
| § | | |
| FOLSOM INSURANCE AGENCY LLC and CODY FOLSOM, § § § § | | |
| Defendants. § | | |

## **ORDER**

The Parties have filed a Joint Motion to Extend Deadline. *See* Dkt. No. 49.

After the Court granted Plaintiff Joseph Bond's Motion to Compel Defendant Folsom Insurance Agency LLC to Provide Discovery Responses and for Sanctions, the Court ordered the parties to confer about the reasonable amount of attorneys' fees to be awarded under Rule 37(a)(5)(A) and to file a joint report notifying the Court of the results of the conference by July 28, 2025. *See* Dkt. No. 49.

In their Joint Motion, the Parties request that the Court extend its deadline by 45 days to September 11, 2025. The Parties assert that they are "exploring potential options to resolve this putative class dispute and desire to conserve resources to do so." *Id.*

The Court, having considered the Motion [Dkt. No. 49], finds that it should be and is hereby GRANTED.

-1-

And, so, the Parties' deadlines to file a joint report as previously set forth in the Court's July 11, 2025 Order [Dkt. No. 46] is extended to **September 11, 2025**.

The Court correspondingly extends the other related deadlines as follows: If the parties do not reach an agreement as to the amount of attorneys' fees to be awarded, Bond must, by no later than Thursday, September 18, 2025, file an application for attorneys' fees that is accompanied by supporting evidence establishing the amount of the reasonable attorneys' fees to be awarded under Rule 37(a)(5). If an application is filed, Folsom must file a response by Thursday, October 9, 2025, and Bond must file any reply by Thursday, October 23, 2025.

SO ORDERED.

DATED: July 28, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE