# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | 3:24-CV-02551-L |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM | : | |
| | : | |
| Defendants. | : | |

**JOINT REPORT PURSUANT TO ORDER [DOC. 50]**

Plaintiff Joseph Bond ("Bond") and Defendants Folsom Insurance Agency LLC and Cody Folsom ("Folsom") file this Joint Report pursuant to the Court's Order [Doc. 50] entered on July 28, 2025. The parties have agreed to mediate this case with John Brookman in November 2025. The parties are working together at this time to set a mediation date based on the mediator's and parties availability in November. Accordingly, the parties jointly move the Court to extend the Court's Order [ECF No. 50] to submit a status report by two weeks after the parties attend mediation. Through mediation, the parties' goal is to explore potential options to resolve this putative class dispute and accordingly desire to conserve resources to do so. As a result, good cause exists for this request, which is not being posed for the purposes of delay.

RESPECTFULLY SUBMITTED AND DATED this September 11, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

We hereby certify that on September 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties who have appeared by operation of the court's electronic filing system.

/s/ Anthony Paronich
Anthony Paronich