IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:24-cv-2551-L-BN |
| FOLSOM INSURANCE AGENCY LLC and CODY FOLSOM, | § § § § | |
| Defendants. | § | |

## **ORDER**

The Parties have filed a Joint Report, requesting that the Court extend its Order [Dkt. No. 50] to submit a status report to two weeks after the parties attend mediation in November. *See* Dkt. No. 51. The parties have agreed to mediate this case in November 2025.

The Court, having considered the motion [Dkt. No. 51], finds that it should be and is hereby GRANTED.

And, so, the parties must submit a status report no later than **Monday, December 15, 2025**.

SO ORDERED.

DATED: September 22, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE