IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSEPH BOND,** *on behalf of himself and others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:24-CV-2551-L-BN** |
| **FOLSOM INSURANCE AGENCY LLC; and CODY FOLSOM,** | § § § § | |
| Defendants. | § § | |

# ORDER

The court has been notified by Plaintiff's counsel, Mr. Anthony I. Paronich, that Plaintiff and Defendants Folsom Insurance Agency LLC and Cody Folsom have tentatively reached a class action settlement (Doc. 53), filed December 22, 2025. The court truly appreciates the efforts of the parties in resolving this case. There appears to be no further reason at this time to maintain this case as an open file for statistical purposes, and the court **determines** that it should be, and is hereby, **administratively closed**. Accordingly, the United States District Clerk is **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte.*

Further, the parties shall file their Motion for Preliminary Approval of a Class Action Settlement by **March 2, 2026**.

**It is so ordered** this 12th day of January, 2026.

                                              Sam A. Lindsay
                                              United States District Judge

**Order – Page 2**