IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | : : : : : : : : : : : : / | CIVIL ACTION FILE NO. 3:24-CV-02551-L  JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| **FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM** | | |
| Defendants. | | |

**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**

I, Andrew Roman Perrong, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Andrew Roman Perrong.

2. I am over twenty-one years of age.

3. I am fully competent to make the statements contained in this declaration.

4. I am admitted to practice before this Court.

5. I submit this this declaration in support of Plaintiff's motion for preliminary approval.

6. I am a 2023 graduate of Temple University Law School, having graduated at the top of my class. In 2023, I was admitted to the Bar in Pennsylvania and in Oregon in 2024. Since then, I have been admitted to practice before multiple Federal District Courts, including for the Eastern District and Middle District of Pennsylvania, the District of Oregon, all Texas Federal Courts, and the Northern District of Illinois. I have also been admitted to practice before the Second and Third Circuit Courts of Appeals. From time to time, I have appeared in other State

and Federal District Courts *pro hac vice*. I am in good standing in every court to which I am admitted to practice.

7. In 2023, I started Perrong Law LLC, focused on protecting consumers in class action lawsuits.

8. So far, I have been appointed class counsel in the certified class action of *Aley v. LightFire Partners, LLC*, 5:22-cv-00330, which resulted in an individual settlement after class approval because of financial concerns surrounding the Defendant, and after Defendant's unsuccessful attempt at an interlocutory appeal, for which I was counsel on the brief.

9. I was also appointed class counsel in the certified class action of *Ryan et al. v. Wilshire Law Firm, P.L.C.*, 2025-022621-CA-01, (Eleventh Jud. Cir. Miami Dade Cnty, Fl.), which has been granted preliminary approval and is pending final approval.

10. My firm has no known conflicts with the proposed settlement class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 2, 2026.          By: *s/ Andrew Roman Perrong*
                                         Andrew Roman Perrong