**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | : | |
| | : | CIVIL ACTION FILE NO. |
| | : | 3:24-CV-02551-L |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| FOLSOM INSURANCE AGENCY LLC, | : | |
| CODY FOLSOM | : | |
| | : | |
| Defendants. | : | |
| | / | |

**NOTICE REGARDING LIMITED CONSENT
TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Joseph Bond and Defendants Cody Folsom and Folsom Insurance Agency LLC

hereby notify the Court that, pursuant to the Court's Electronic Order dated May 26, 2026, the

parties consent to proceed before the Honorable David L. Horan, United States Magistrate Judge,

for the limited purpose of resolving the Motion for Preliminary Approval of Class Action

Settlement [Dkt. No. 55] under 28 U.S.C. § 636(c).

The parties have executed and submitted the Court's "Notice and Election Regarding

Consent to Proceed Before a United States Magistrate Judge" form to the District Clerk consistent

with the Court's Order, which is attached.

RESPECTFULLY SUBMITTED AND DATED this May 28, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305

a@perronglaw.com

*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100
*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

We hereby certify that on May 28, 2026, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by email to all parties who have appeared by operation of the

court's electronic filing system.

*/s/ Anthony Paronich*
Anthony Paronich

1

TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_____ §
Plaintiff                              §

v.                                        §

                                         §         _____

                                         §         Case Number

                                         §

_____ §
Defendant                           §

## <u>NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE</u>

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

_____     _____
*Party Name*                                   *Party Role (Plaintiff or Defendant)*

waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: _____        Signature: _____

                                            Printed Name: _____

                                            Bar Number (if attorney): _____

                                            Telephone Number: _____

                                            E-mail Address: _____

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

## TRIALS BY THE UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c)(1) and Fed. R. Civ. P. 73(b), upon consent of all parties in a civil case, the district judge may enter an order reassigning the civil case to a magistrate judge. Miscellaneous Order No. 6 of the Northern District of Texas provides that it is the plaintiff's obligation to attach a copy of this notice to the complaint and summons, when served.

## NOTICE OF RIGHT TO CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The Court has experienced, competent, and hard-working magistrate judges who are available to try jury and non-jury civil cases pursuant to 28 U.S.C. § 636(c).  Consent to proceedings before a magistrate judge may allow you to expedite the handling of your case.

You may consent to the exercise of civil jurisdiction over your case by a magistrate judge. If all parties involved in your case consent, the presiding district judge may reassign your case to a magistrate judge.

Your decision to consent to the reassignment of your case to a magistrate judge, or not to consent, is entirely voluntary and without any adverse consequences if you choose not to consent. Your decision should be communicated to the clerk of the district court using *Notice and Election Regarding Consent to Proceed Before a United States Magistrate* form. A district judge or magistrate judge will not be informed of any party's decision unless all parties have consented to the reassignment of the matter to a magistrate judge.

Even if all parties consent to the exercise of civil jurisdiction by a magistrate judge, the district judge may choose not to enter an order reassigning the case to a magistrate judge. However, if the district judge reassigns your case to the magistrate judge, the magistrate judge is then authorized to conduct any or all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgment. Upon entry of judgment by the magistrate judge in any case transferred under 28 U.S.C. § 636(c)(1), 28 U.S.C. § 636(c)(3) provides that "an aggrieved party may appeal directly to the appropriate United States court of appeals from the judgment of the magistrate judge in the same manner as an appeal from any other judgment of a district court."

## SUBMITTING YOUR CONSENT ELECTRONICALLY

If you are a registered electronic filer in the Northern District of Texas, you may complete the online form available in the court's ECF system under *Civil Events*, *Other Filings*. Please note that this submission is not treated as a filing in ECF, so the consent form will not appear on the docket sheet.  Non-ECF filers may access the form on the court's website at www.txnd.uscourts.gov, *Forms, Civil* or request a paper copy from any of the clerk's seven divisional offices.

 **NOTE: The event in ECF is temporarily unavailable. Please email your completed form to assist_team@txnd.uscourts.gov.**

TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Joseph Bond, on behalf of himself and o

Plaintiff §

v. §

§ 3:24-cv-2551-BN

§ Case Number

§

Folsom Insurance Agency, LLC ,et al. §

Defendant §

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Folsom Insurance Agency, LLC and
Cody Folsom

*Party Name*

Defendants

*Party Role (Plaintiff or Defendant)*

☑ waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

☐ acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: May 27, 2026

Signature: Jason R. Jobe

Printed Name: Jason R. Jobe

Bar Number (if attorney): 24043743

Telephone Number: 214-871-8200

E-mail Address: jjobe@thompsoncoe.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

## TRIALS BY THE UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c)(1) and Fed. R. Civ. P. 73(b), upon consent of all parties in a civil case, the district judge may enter an order reassigning the civil case to a magistrate judge. Miscellaneous Order No. 6 of the Northern District of Texas provides that it is the plaintiff's obligation to attach a copy of this notice to the complaint and summons, when served.

## NOTICE OF RIGHT TO CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The Court has experienced, competent, and hard-working magistrate judges who are available to try jury and non-jury civil cases pursuant to 28 U.S.C. § 636(c).  Consent to proceedings before a magistrate judge may allow you to expedite the handling of your case.

You may consent to the exercise of civil jurisdiction over your case by a magistrate judge. If all parties involved in your case consent, the presiding district judge may reassign your case to a magistrate judge.

Your decision to consent to the reassignment of your case to a magistrate judge, or not to consent, is entirely voluntary and without any adverse consequences if you choose not to consent. Your decision should be communicated to the clerk of the district court using *Notice and Election Regarding Consent to Proceed Before a United States Magistrate* form. A district judge or magistrate judge will not be informed of any party's decision unless all parties have consented to the reassignment of the matter to a magistrate judge.

Even if all parties consent to the exercise of civil jurisdiction by a magistrate judge, the district judge may choose not to enter an order reassigning the case to a magistrate judge. However, if the district judge reassigns your case to the magistrate judge, the magistrate judge is then authorized to conduct any or all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgment. Upon entry of judgment by the magistrate judge in any case transferred under 28 U.S.C. § 636(c)(1), 28 U.S.C. § 636(c)(3) provides that "an aggrieved party may appeal directly to the appropriate United States court of appeals from the judgment of the magistrate judge in the same manner as an appeal from any other judgment of a district court."

## SUBMITTING YOUR CONSENT ELECTRONICALLY

If you are a registered electronic filer in the Northern District of Texas, you may complete the online form available in the court's ECF system under *Civil Events*, *Other Filings*. Please note that this submission is not treated as a filing in ECF, so the consent form will not appear on the docket sheet.  Non-ECF filers may access the form on the court's website at www.txnd.uscourts.gov, *Forms, Civil* or request a paper copy from any of the clerk's seven divisional offices.

 NOTE: The event in ECF is temporarily unavailable. Please email your completed form to assist_team@txnd.uscourts.gov.