IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOSEPH BOND, on behalf of                §
himself and all others similarly         §
situated,                                §
                                         §
        Plaintiff,                       §
                                         §
V.                                       §         No. 3:24-cv-2551-L-BN
                                         §
FOLSOM INSURANCE AGENCY                  §
LLC and CODY FOLSOM,                     §
                                         §
        Defendants.                      §

## ORDER

The Parties have filed a notice of consent in which they state that they consent to proceeding before the undersigned United States magistrate judge "for the limited purpose of resolving the Motion for Preliminary Approval of Class Action Settlement [Dkt. No. 55] under 28 U.S.C. § 636(c)." Dkt. No. 57 at 1.

But attached to the notice are consent forms in which the Parties have indicated that they "waive[ ] the right to proceed before a district judge of the United States District Court and consent[ ] to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment." *Id.* at 3 & 5.

The Parties must clarify whether they consent to proceeding before the undersigned for the purpose of only the Motion for Preliminary Approval of Class Action Settlement [Dkt. No. 55] or for purposes of all further proceedings.

-1-

SO ORDERED.

DATED: June 15, 2026

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE