**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>FOLSOM INSURANCE AGENCY LLC,<br>CODY FOLSOM<br><br>        Defendants. | :<br>:   CIVIL ACTION FILE NO.<br>:   3:24-CV-02551-L-BN<br>:<br>:<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

**NOTICE REGARDING CONSENT**
**TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Joseph Bond and Defendants Folsom Insurance Agency LLC and Cody Folsom hereby notify the Court that, pursuant to the Court's Electronic Order dated June 15, 2026, the parties consent to proceed before the Honorable David L. Horan, United States Magistrate Judge, for purposes of all further proceedings under 28 U.S.C. § 636(c).

The parties have executed and submitted the Court's "Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge" form to the District Clerk previously.

RESPECTFULLY SUBMITTED AND DATED this June 16, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

/s/ Anthony Paronich
Anthony Paronich

Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100
*Attorneys for Plaintiff and the Proposed Class*


## CERTIFICATE OF SERVICE

We hereby certify that on May 28, 2026, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by email to all parties who have appeared by operation of the

court's electronic filing system.


*/s/ Anthony Paronich*
Anthony Paronich


1