IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSEPH BOND**, on behalf of himself and others similarly situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. **3:24-CV-2551-L-BN** |
| **FOLSOM INSURANCE AGENCY, LLC and CODY FOLSOM,** | § § § | |
| Defendants. | § § | |

## ORDER

In light of the parties' Notice of Consent to Proceed Before the United States Magistrate Judge (Doc. 59), the court **directs** the clerk of court to **reassign** this action to the docket of the Honorable Magistrate Judge David L. Horan for him to conduct all further proceedings, including any trial of this case, and to enter judgment pursuant to 28 U.S.C. § 636(c)(1).  By agreeing to have a magistrate judge conduct all further proceedings, the parties waive their right to have a district court judge conduct any further proceeding in this action after the entry of this order. Further, any appeal of such judgment shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. 636(c)(3).

**It is so ordered** this 16th day of June, 2026.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**