IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOSEPH BOND, on behalf of §
himself and all others similarly §
situated, §
§
Plaintiff, §
§
V. §            No. 3:24-cv-2551-BN
§
FOLSOM INSURANCE AGENCY §
LLC and CODY FOLSOM, §
§
Defendants. §

## ORDER SETTING HEARING

Plaintiff Joseph Bond, on behalf of himself and others similarly situated, has filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* Dkt. No. 55.

Having reviewed the Motion, the Court sets this matter for an in-person hearing before the undersigned on **Tuesday, July 21, 2026 at 10:00 a.m.**, in Courtroom 1561, 1100 Commerce Street, Dallas, Texas.

Counsel for Bond, Defendant Folsom Insurance Agency LLC, and Defendant Cody Folsom must attend the hearing.

SO ORDERED.

DATED: June 16, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

-1-