IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:24-cv-2551-BN |
| FOLSOM INSURANCE AGENCY LLC and CODY FOLSOM, | § § § § | |
| Defendants. | § | |

## ORDER REGARDING HEARING

Plaintiff Joseph Bond, on behalf of himself and others similarly situated, filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* Dkt. No. 55.

After reviewing the Motion, the Court determined that it lacked sufficient evidence to make a preliminary finding that the class should be certified or that the settlement is fair. And, so, the Court set the matter for an in-person hearing on July 21, 2026. *See* Dkt. No. 61.

The parties are now directed to order an expedited transcript of the hearing after it concludes. And, no later than **30 days** after the transcript is filed, the parties must submit a joint proposed order on the Motion that incorporates the evidence submitted with the Motion and offered at the hearing. The parties are directed to submit the proposed order to Horan_Orders@txnd.uscourts.gov.

-1-

If the parties are unable to order an expedited transcript or submit a proposed order within 30 days of the transcript's filing, they should file a status report with the Court explaining why they were unable to do so.

SO ORDERED.

DATED: July 14, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE