**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM<br><br>Defendants. | : | CIVIL ACTION FILE NO. 3:24-CV-02551-BN |

**DECLARATION OF ANDREW ROMAN PERRONG IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, LITIGATION EXPENSES, AND SERVICE AWARD**

I, Andrew Roman Perrong, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I am the founder of Perrong Law LLC. Together with Anthony I. Paronich of Paronich Law, P.C., I was appointed Class Counsel by this Court's order preliminarily approving the class action settlement in this matter. ECF No. 66. I submit this declaration in support of Plaintiff's Motion for an Award of Attorneys' Fees, Costs, Litigation Expenses, and Service Award. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

**My Qualifications**

2. I am a 2023 graduate of Temple University Law School, where I graduated at the top of my class. I was admitted to the bar in Pennsylvania in 2023 and in Oregon in 2024. I am admitted to practice before several federal district courts, including all federal district courts in Texas, the Eastern and Middle Districts of Pennsylvania, the District of Oregon, and the Northern

District of Illinois, and before the United States Courts of Appeals for the Second, Third, and Ninth Circuits. From time to time, I have appeared in other state and federal courts *pro hac vice*. I am in good standing in every court to which I am admitted.

3. In 2023, I founded Perrong Law LLC, a firm focused on protecting consumers in class action litigation, particularly under the Telephone Consumer Protection Act ("TCPA").

4. I was appointed class counsel in the certified class action *Aley v. Lightfire Partners, LLC*, No. 5:22-cv-00330 (N.D.N.Y.). That case resolved through an individual settlement after class certification because of concerns about the defendant's finances, and after the defendant's unsuccessful attempt at an interlocutory appeal, on which I was counsel on the brief.

5. I was also appointed class counsel in the certified class action *Ryan v. Wilshire Law Firm, P.L.C.*, No. 2025-022621-CA-01 (Fla. 11th Jud. Cir. Ct., Miami-Dade Cnty.), a TCPA class settlement of $5,975,000 that received final approval on May 28, 2026 and has been fully administered.

**My Work in This Action**

6. I have represented Mr. Bond in this action together with Mr. Paronich. I have reviewed Mr. Paronich's declaration submitted with this motion, and I agree with its description of the procedural history of this case and the work Class Counsel performed.

7. My work in this action included, among other things, investigating Mr. Bond's claims, drafting various documents in this matter, preparing and serving written discovery and conferring with defense counsel about Defendants' redacted productions, partially drafting the motion to compel and reply, ECF Nos. 43, 45, working with Aaron Woolfson on the analysis of Defendants' calling records, preparing for and participating in the December 2025 mediation and the negotiations that followed, including the drafting and serving of *Stowers* demands, drafting the

Settlement Agreement, notices, and claim form, drafting the motion for preliminary approval, ECF No. 55, and preparing for and appearing at the July 21, 2026 hearing and preparing the supplemental submission, ECF No. 65.

8. Perrong Law LLC has incurred $5,454.52 in unreimbursed litigation expenses in this action, including for anticipated travel to the Final Approval Hearing. These expenses are included in the expense summary in Mr. Paronich's declaration. They were reasonable and necessary to prosecute this action, are of the type ordinarily billed to fee-paying clients, and do not include firm overhead.

9. My firm has handled this matter on a purely contingent basis. It has received no payment for its time and has advanced its expenses without reimbursement, with no assurance that either would be recovered.

10. My firm will continue to commit the time and resources necessary to see this Settlement through final approval and distribution. My firm has no known conflicts with the Settlement Class.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed on** October 26, 2026**, in the United States of America.**

**Andrew Roman Perrong**