**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| JOSEPH BOND, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 3:24-CV-02551-BN |
| Plaintiff, | : | |
| v. | : | JURY TRIAL DEMANDED |
| FOLSOM INSURANCE AGENCY LLC, CODY FOLSOM | : | |
| Defendants. | : | |

**[PROPOSED ORDER GRANTING]
PLAINTIFF'S UNOPPOSED MOTION AND BRIEF IN SUPPORT FOR AN AWARD OF ATTORNEYS' FEES, COSTS, LITIGATION EXPENSES, AND SERVICE AWARD**

AND NOW, this ____________________ day of _________________, 2026, and pursuant to the Court's Preliminary Approval Order and the Parties' Class Action Settlement, it is hereby Ordered that the Court approves the motion and grants the following award:

(1) an award of attorneys' fees to Class Counsel in the amount of $283,333.33, representing one-third of the $850,000 non-reversionary Settlement Fund;

(2) reimbursement of reasonable litigation costs and expenses in the amount of $19,779.52; and

(3) a service award to Plaintiff Joseph Bond in the amount of $7,500, all to be paid from the Settlement Fund.

*BY THE COURT:*

______________________________
Hon. David L. Horan, J.